JOHN P. O'NEIL, as Receiver, etc., Respondent, *v.* WILLIAM H. MONTGOMERY et al., Appellants.

(Argued November 22, 1881 ; decided November 29, 1881.)

*J. M. Dunning* for appellants.

*Henry C. Andrews* for respondent.

Agree to affirm without opinion.
All concur.
Order affirmed.